UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT FRAME, | ) | CASE NO. 1:05CV2049 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| WELTMAN, WEINBERG & REIS, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

## CHRISTOPHER A. BOYKO, J.:

This matter comes before the Court upon Plaintiff's Motion in Limine (ECF DKT #3), filed along with his Complaint, on August 23, 2005. For the reasons that follow, the motion is denied.

## LAW AND ANALYSIS

The Federal Rules of Evidence do not specifically authorize in limine rulings; but "the practice has developed pursuant to the district court's inherent authority to manage the course of trials." *Luce v. United States*, 469 U.S. 38, 41 (1984). "In limine" has been used "in a broad sense to refer to any motion, whether made before or during trial, to exclude anticipated

prejudicial evidence before the evidence is actually offered." *Luce*, 469 U.S. at 40. Because they are rulings on non-dispositive motions, rulings on motions in limine will be reversed only if they are"clearly erroneous or contrary to law." *JGR, Inc. v. Thomasville Furniture Industries, Inc.*, 2006 WL 456479 (N.C. Ohio, February 24, 2006).

Plaintiff, Dwight Frame, moves the Court for an order precluding Defendants from "denigrating plaintiff or plaintiff's status as a private attorney general" and limiting Defendants' arguments to the issues in this case.

Plaintiff's Motion in Limine is denied as premature. At this juncture, no evidence or testimony of an objectionable nature has been submitted by Defendants for consideration by the trier of fact. The Court cautions all parties that they are equally obliged, throughout these proceedings, to restrict themselves to the issues relevant to the case. Further, the parties are reminded that rulings on motions in limine are always preliminary, and may be re-visited by the Court when evidentiary matters are squarely before it.

**IT IS SO ORDERED.**

DATE: 4/10/06

CHRISTOPHER A. BOYKO
United States District Judge